UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:13-MJ-1717-WW


FILED
MAR 2 5 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ACKNOWLEDGMENT |
| | ) | |
| MAHENDRA THAPA | ) | |

On March 7, 2014, in No. 5:13-CR-40064-JAR, United States of America v. Mahendra Thapa ("defendant"), the Honorable Julie A. Robinson, United States District Judge for the District of Kansas, entered an amended order granting defendant's motion for return of passport [D.E. 173]. The order directed the clerk of court for the United States District Court for the Eastern District of North Carolina to return Mr. Thapa's passport to him upon presentation of photo identification, including his expired driver's license.

On this day Mr. Thapa appeared before the undersigned, presented photo identification, and requested the return of his passport. In accordance with the order referenced above, Mr. Thapa's passport is released to him.

This the 25th day of March 2014.

_Julie A. Richards_
Julie A. Richards, Clerk of Court

**ACKNOWLEDGMENT**

I appeared before Julie A. Richards, Clerk of Court for the Eastern District of North Carolina, on March 25th, 2014, and presented photo identification in the form of _Driver License (039678733)_
I acknowledge receipt of my passport, which is returned to me without modification and in good  NC
condition.

_Mahendra Thapa_ (printed name)

_M. Thapa_ (signature)

Case 5:13-mj-01717-WW  Document 8  Filed 03/25/14  Page 1 of 1